# IN THE UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TEXAS
# AUSTIN DIVISION

| | |
|---|---|
| **Steve S. Hutchison,** § | |
| *Plaintiff* § | |
| **v.** § | |
| § | |
| **Charles Salvatore Picardi and** § | Case No. 1:25-cv-01143-ADA-SH |
| **Ionic Mineral Technologies LLC.,** § | |
| *Defendants* § | |

## ORDER

On July 22, 2025, Plaintiff filed his Complaint. Dkt. 1. To date, however, there is no indication that Plaintiff has served Defendants with the complaint and summons. "If a defendant is not served within 90 days after the complaint is filed, the court—on motion or on its own after notice to the plaintiff—must dismiss the action without prejudice against that defendant or order that service be made within a specified time." FED. R. CIV. P. 4(m). More than 90 days have passed since Plaintiff filed his Complaint.

On October 22, the Court ordered that Plaintiff shall show cause in writing on or before November 3, 2025 as to why his claims against Defendants should not be dismissed for failure to timely effectuate service. Plaintiff was warned that failure to comply with the Court's order by the deadline may result in the dismissal of this action. *See* FED. R. CIV. P. 41(b) (action may be dismissed for want of prosecution or failure to comply with court order); *Larson v. Scott*, 157 F.3d 1030, 1031 (5th Cir. 1998) ("A district court *sua sponte* may dismiss an action for failure to prosecute or comply with any court order.").

Plaintiff never responded. Thus, this case is **DISMISSED WITHOUT PREJUDICE**. The Clerk of Court is requested to **CLOSE** the case.

**SIGNED** on November 17, 2025.

_____
ALAN D ALBRIGHT
UNITED STATES DISTRICT JUDGE